UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

JINGYA GUAN,

                         Plaintiff,

      v.

ALISSA EMMEL, Chief Immigrant Investor
Program Office, U.S. Citizenship and
Immigration Services, et al.,

                        Defendants.

Case No. 2:26-CV-00273-JHC

STIPULATED MOTION AND ORDER
TO STAY CASE

Noted for Consideration:
May 11, 2026

## <u>JOINT STIPULATION</u>

The Parties jointly file this stipulation, asking the Court to stay all proceedings in this case for 180 days, to allow Defendants time to adjudicate Plaintiff's pending I-526E petition and I-485 application, according to the following terms:

- Defendant U.S. Citizenship and Immigration Services (USCIS) will take initial action on Plaintiff's I-526E petition by June 1, 2026;

- If USCIS' initial action is a Request for Evidence (RFE) or Notice of Intent to Deny (NOID), USCIS will take its next action within 90 days of receiving Plaintiff's response to the RFE or NOID;

STIPULATED MOTION AND ORDER
TO STAY CASE
[Case No. 2:26-cv-00273-JHC] - 1

- If USCIS does not adjudicate Plaintiff's I-526E petition and I-485 application within the 180-day stay period, the Plaintiff and Defendant will file a Joint Status Report before the stay expires;

- Plaintiff or Defendants may request in such Joint Status Report either that the stay be extended or that deadlines be set for Defendants to Answer the Complaint and for further proceedings.

Plaintiff filed the Complaint on January 23, 2026, and served the U.S. Attorney's Office on March 13, 2026.  Defendants' response to the Complaint is due on May 12, 2026.  Given the Defendants' intent to proceed with administrative adjudication of the I-526E petition and I-485 application, the parties believe that the requested 180-day stay conserves their resources and serves the interests of judicial economy.

**SO STIPULATED.**

DATED May 11, 2026.

Respectfully submitted,

*s/ Kyle A. Forsyth*
KYLE. A. FORSYTH, WSBA No. 34609
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-2422
Email: kyle.forsyth@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 219 words, in compliance with the Local Civil Rules.

*/s/ Xiaohe Cao*
XIAOHE CAO, WSBA No. 38209
Lani Cao Law Office
10800 NE 8th Street, Suite 918
Bellevue, WA 98004
Phone: 425-455-9898
Email: lanicao@lanicao.com

*Attorney for Plaintiff*

**ORDER**

It is hereby ORDERED that the parties' Stipulation is APPROVED.  The case is stayed 180 days under the terms of the parties' Stipulation.

DATED this 11th day of May 2026.

 

_____
JOHN H. CHUN
United States District Judge

STIPULATED MOTION AND ORDER
TO STAY CASE
[Case No. 2:26-cv-00273-JHC] - 3